State v. Andrews

VAUGHN, Judge.

---

STATE OF NORTH CAROLINA v. MERRILL LANE ANDREWS

No. 7210SC288

(Filed 24 May 1972)

Criminal Law § 131— newly discovered evidence — motion for new trial

Defendant's motion for a new trial by reason of newly discovered evidence contains nothing which entitles him to the relief sought.

PURPORTED appeal by defendant, treated as petition for certiorari, from *Bailey, Judge,* 11 January 1972 and from *Canaday, Judge,* 26 January 1972, Sessions of WAKE Superior Court.

*No counsel for appellant.*

*Attorney General Robert Morgan by Assistant Attorney General Lester V. Chalmers, Jr., for the State.*

VAUGHN, Judge.

At the 29 March 1971 Session of Wake Superior Court, defendant was convicted of the crime of conspiracy to force open a safe and vault. No error was found in the trial from which he appealed. *State v. Andrews,* 12 N.C. App. 421, 184 S.E. 2d 69, appeal dismissed 279 N.C. 727, 185 S.E. 2d 704.

On 10 December 1971, defendant filed a motion for new trial by reason of newly discovered evidence. We have examined the motion filed by defendant. It contains nothing which entitles defendant to the relief sought.

Affirmed.

Judges MORRIS and GRAHAM concur.